THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Leroy Pope, Appellant.
 
 
 

Appeal From Beaufort County
  Jackson V. Gregory, Circuit Court Judge

Unpublished Opinion No. 2004-UP-444
 Submitted July 7, 2004  Filed August 24, 2004

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Randolph Murdaugh, III, of Hampton, for 
 Respondent.
 
 
 

PER CURIAM:  Leroy Pope appeals his convictions 
 for voluntary manslaughter, two counts of assault and battery with intent to 
 kill, and possession of a firearm during commission of a crime.  Pope argues 
 the trial judge erred in accepting his guilty pleas because his pleas failed 
 to comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 
 238 (1969).  Popes counsel attached to the brief a petition to be relieved 
 as counsel, stating that he had reviewed the record and concluded the appeal 
 lacks merit.  Pope did not file a separate pro se brief.  After 
 a thorough review of the record and counsels brief pursuant to Anders v. 
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 
 406 S.E.2d 357 (1991), we dismiss 
 [1] Popes appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., HUFF and KITTREDGE, JJ., concur.

 
 [1] We decide this case without oral arguments pursuant 
 to Rule 215, SCACR.